IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-01474-ZLW-MEH

MICAH MARMARO,

      Plaintiff,

v.

PIONEER CREDIT RECOVERY, INC., a Delaware corporation,

      Defendant.

---

## ORDER

---

On January 9, 2007, Magistrate Judge Michael E. Hegarty advised the Court that this case had settled.  It is, therefore,

ORDERED that this case is held in abeyance pending the filing of settlement papers.  It is

FURTHER ORDERED that settlement papers shall be filed on or before January 30, 2007.  If by that date settlement papers have not been received by the Court, on February 6, 2007, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this   10   day of January, 2007.

BY THE COURT:

*Zita L. Weinshienk*

ZITA L. WEINSHIENK,  Senior Judge
United States District Court