IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-01474-ZLW-MEH

MICAH MARMARO,

      Plaintiff,

v.

PIONEER CREDIT RECOVERY, INC., a Delaware corporation,

      Defendant.

_____

## ORDER OF DISMISSAL

_____

      Pursuant to and in accordance with the Order entered on January 10, 2007, it is

      ORDERED that the Complaint and cause of action are dismissed without

prejudice.

      DATED at Denver, Colorado, this   15   day of February, 2007.

                BY THE COURT:

                _____

                ZITA L. WEINSHIENK,  Senior Judge
                United States District Court